Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                                      Case No.:  19–10686–CMG
                                      Chapter:  7
                                      Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Paula A Ellington
    39 Midvale Lane
    Willingboro, NJ 08046

Social Security No.:
    xxx–xx–5312

Employer's Tax I.D. No.:

---

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Barry Frost is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>April 5, 2019</u>                  <u>Christine M. Gravelle</u>
                                            Judge, United States Bankruptcy Court